■ PATRICIA HAGGERTY, Respondent, v ROSOLINO MANGANO et al., Appellants. [693 NYS2d 133] —Order, Supreme Court, New

York County (Lorraine Miller, J.), entered September 15, 1998, which denied defendants' motion for summary judgment dismissing the complaint of plaintiff-tenant, unanimously affirmed, without costs or disbursements.

Plaintiff-tenant in the premises slipped on ice on the stoop of the building as she exited, fracturing her ankle. The accident happened approximately 75 minutes after a storm had deposited snow and ice in the area. Prior to the accident, defendants, or their agent, had cleared a path down the front steps.

As found by the IAS Court, there is a material issue of fact as to whether defendants' snow and ice removal prior to plaintiff's fall created a dangerous condition or increased the natural hazard (*see, Stoller v Riverbay Corp.*, 222 AD2d 343). Further, plaintiff submitted an affidavit from a visitor to the premises that day who was present when a tenant complained of the icy condition of the steps to defendants' agents after the partial removal of snow and ice and before plaintiff's accident. Concur—Sullivan, J. P., Nardelli, Tom and Wallach, JJ.